IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 03-14031-CIV-MOORE

JOSEFINA FIERROS and NORMA SOLANO,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

**ORDER**

TAMPA FARM SERVICE, INC.,

    Defendant.
_____/

FILED by ___ D.C.
NOV 1 3 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Defendant's Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Reply Brief in Support of Cross-Motion for Partial Summary Judgment, or in the Alternative, Motion to Strike Plaintiffs' Reply Brief in Support of Cross-Motion for Partial Summary Judgment (DE # 80).

THE COURT has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Defendant's Motion for Leave to File a Sur-Reply in Opposition to Plaintiffs' Reply Brief in Support of Cross-Motion for Partial Summary Judgment is DENIED.

2. Defendant's Motion to Strike Plaintiffs' Reply Brief in Support of Cross-Motion for Partial Summary Judgment is GRANTED IN PART.

Federal Rule of Civil Procedure 12(f) provides that "the Court may order stricken in any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous

matter."[1]  "A motion to strike will usually be denied unless the allegations have no possible relation to the controversy and may cause prejudice to one of the parties."[2]  The Court possesses considerable discretion in determining whether redundant, immaterial, impertinent or scandalous matter should be stricken.[3]

Defendant contends that Plaintiffs have submitted a Reply Brief in Support of a Cross-Motion for Partial Summary Judgment that amounts to an improper Sur-Reply to Defendant's Reply in support of its Motion for Partial Summary Judgment.  Defendant also maintains that Plaintiffs' Reply Brief contains an inappropriate statement that has no relevance to the issues present in this action.  Accordingly, Defendant requests that the Court strike the Motion pursuant to Fed. R. Civ. P. 12(f).

The Court finds no merit in Defendant's contention that Plaintiffs' Reply Brief should be stricken as an improper Sur-Reply.  However, the Court finds that Plaintiffs' suggestion in their Reply Brief that Defense counsel contravened Rule 4-3.4 of the Florida Rules of Professional Conduct is immaterial, impertinent and scandalous in nature.  The Court concludes that this statement has no correlation to any legal issue present in this action, and should be stricken from the record pursuant to Fed. R. Civ. P. 12(f).

Accordingly, the following SHALL be stricken from Plaintiffs' Reply Brief in Support of Cross-Motion for Partial Summary Judgment:

>Footnote 2 of Plaintiffs' Reply Brief in Support of Cross-Motion for Partial

---

[1] Fed. R. Civ. P. 12(f).

[2] Gill v. Kostroff, 2000 WL 141260, at * 4 (M.D. Fla. Feb. 8, 2000).

[3] OKC Corp. v. Williams, 461 F.Supp. 540, 550 (N.D. Tex. 1978).

Summary Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of November, 2003.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record